```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YOTUHEL MONTANE,                                                       JUDGMENT
                                                                       10-CV- 4404 (ARR)
                                Plaintiff,

        -against-

DET. WILLIAM PETTIE, and DET
EDWIN MURPHY,

                                Defendants.
-------------------------------------------------------------------X
```

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 8, 2012, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated April 6, 2012; denying Plaintiff's request for leave to file an Amended Complaint; granting Defendants' motion to dismiss; dismissing the case with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3), that any appeal of the Court's Order would not be taken in good faith; and denying in forma pauperis status for the purpose of any appeal; it is

ORDERED, ADJUDGED AND DECREED that Plaintiff's motion for leave to file an Amended Complaint is denied; that Defendants' motion to dismiss is granted; that the case is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal of the Court's Order would not be taken in good faith; and that in forma pauperis status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       May 11, 2012

                                                        Douglas C. Palmer
                                                        Clerk of Court

                                             by:        /S/
                                                        Michele Gapinski
                                                        Chief Deputy for
                                                        Court Operations